IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RORY WILLIAMS, )
)
Plaintiff, )
) No. 04 CV ___
-vs- )
) (jury demand)
CITY OF CHICAGO and )
CHICAGO POLICE OFFICERS )
JOHN ZALATORIS and )
J. BREEN, )
)
Defendants. )

DOCKETED
AUG - 4 2004

04C 5131

JUDGE GRADY

MAGISTRATE JUDGE BOBRICK

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiff Rory Williams is a resident of the Northern District of Illinois.

3. Defendant CITY OF CHICAGO is an Illinois municipal corporation.

4. Defendants JOHN ZALATORIS and J. BREEN were at all times relevant acting under color of their authority as Chicago police officers.

5. On February 29, 2004, defendants ZALATORIS and BREEN arrested plaintiff and caused plaintiff to be charged with a criminal offense.

6. Defendants ZALATORIS and BREEN did not have a lawful basis on which to make this arrest.

7. Defendant ZALATORIS used unreasonable force while arresting plaintiff.

8. After arresting plaintiff, defendants ZALATORIS and BREEN prepared police reports that contained false information and caused plaintiff to be wrongfully charged with a criminal offense.

9. The criminal case was dismissed in a manner consistent with plaintiff's innocence on June 2, 2004.

10. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States, suffered personal injuries, and subjected to the Illinois torts of false imprisonment and malicious prosecution.

11. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of one hundred thousand dollars as compensatory damages.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED FOR DOCKETING
04 AUG -4 AM 9: 14
CLERK U.S. DISTRICT COURT

DOCKETED
AUG - 4 2004

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Rory Williams

County of Residence: Cook

Plaintiff's Atty: Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
200 S Michigan Ave.,Ste 1240
(312) 427-3200

**Defendant(s):** City of Chicago and Chicago Police Officers John Zalatoris and J. Breen

County of Residence:

Defendant's Atty:

04C 5131

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

JUDGE GRADY

**IV. Origin :** 1. Original Proceeding

MAGISTRATE JUDGE BOBRICK

**V. Nature of Suit:** 440 Other Civil Rights

**VI. Cause of Action:** 42 U.S.C. §1983: wrongful arrest accompanied by use of excessive force

**VII. Requested in Complaint**
Class Action: No
Dollar Demand: $100,000
Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: 8/4/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/forms/auto_js44.cfm                                                 8/3/2004

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

**In the Matter of**

Rory Williams
-vs-
City of Chicago and Chicago Police Officers John Zalatoris and J. Breen

FILED FOR DOCKET ED-7

04 AUG -4 AM 9:14

CLERK
U.S. DISTRICT COURT

**DOCKETED**

AUG - 4 2004

Case Number: **04C 5131**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

plaintiff

JUDGE GRADY

MAGISTRATE JUDGE BOBRICK

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ | SIGNATURE: |
| NAME: Kenneth N. Flaxman | NAME: |
| FIRM: Kenneth N. Flaxman P.C. | FIRM: |
| STREET ADDRESS: 200 S Michigan Ave., Ste 1240 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 427-3200 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 08830399 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ✓ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✓ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |